| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 1:19CR00160 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00227-RFB-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jose Ulises Ornelas<br>Las Vegas, Nevada | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Daniel M. Traynor | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/15/2024 — TO 03/14/2029 |

FILED / RECEIVED / ENTERED / SERVED ON
OCT 01 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

**OFFENSE**
Conspiracy to Possess and Distribute a Controlled Substance and Conspiracy to Commit Money Laundering

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Communal Ties with employment and family

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _North Dakota_

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _District of Nevada_ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

_9/27/2024_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _Nevada_

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/3/2024
Effective Date

_[signature]_
United States District Judge

1